UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PERFECT BARRIER, L.L.C., an Indiana LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Cause No.: 3:07CV0103 RL-CAN |
| ) | |
| WOODSMART SOLUTIONS, INC., a Florida corporation, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |
| ) | |
| WOODSMART SOLUTIONS, INC., ) | |
| ) | |
| Counter-Plaintiff and ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PERFECT BARRIER, ) | |
| ) | |
| Counter-Defendant, ) | |
| ) | |
| And JOHN K. BANKS and WILLIAM P. BANKS, ) | |
| ) | |
| Third Party Defendants. ) | |
| _____ ) | |

**MOTION TO COMPEL COMPLIANCE WITH PROTECTIVE ORDER
AND FOR SANCTIONS**

Pursuant to Fed. R. Civ. P. 26(c) and N.D. Ind. L. R. 37.1, Plaintiff, Perfect Barrier LLC ("Perfect Barrier") hereby moves that the Court enter an Order compelling Defendant WoodSmart Solutions, Inc. ("WoodSmart") to comply with this Court's February 7, 2008 Protective Order and for sanctions. Specifically, Perfect Barrier seeks an Order compelling Defendant to reclassify the documents that it unnecessarily has designated as Attorneys-Eyes-

CHAR2\1074460v2

Only as "Confidential" or "Non-Confidential" in accordance with the Protective Order.  Perfect Barrier seeks attorneys' fees associated with this motion pursuant to the Protective Order and asks that the Court bar WoodSmart from further use of the Attorneys-Eyes-Only designation and impose any and all other sanctions the Court deems appropriate.

In support of its motion, Perfect Barrier submits the attached memorandum of law and certification that the Parties have conferred in an attempt to resolve this matter pursuant to L. R. Civ. P. 37.1; however, WoodSmart has refused to comply with the terms of this Court's Protective Order to which it consented.  Instead of carefully and sparingly using the Attorneys-Eyes-Only designation as provided in the Protective Order, WoodSmart has blanketed 96% of its document production with the designation without any consideration as to the content of the documents so designated.  WoodSmart has abused this most restrictive designation in a blatant attempt to thwart its production responsibilities and to impose the burden of carefully reviewing its confidential documents on Perfect Barrier.   For this abuse, WoodSmart should be sanctioned.

WHEREFORE, Plaintiff Perfect Barrier respectfully requests entry of an Order that:

(a)     requires WoodSmart to re-designate its production within ten (10) days of entry of the Order;

(b)     sanctions WoodSmart for its conduct by requiring WoodSmart to pay Perfect Barrier for the attorneys' fees incurred in reviewing the blanket designated documents and fees incurred in bringing this motion;

(c)     sanctions WoodSmart for its conduct by prohibiting WoodSmart from further use of the Attorneys-Eyes-Only designation during the course of this litigation; and

(d)     grants all other just and appropriate relief.

This the 14th day of March, 2008

                                        Respectfully submitted,

                                        s/ Paul J. Peralta_____
                                        Paul J. Peralta
                                        Tonya L. Mitchell
                                        MOORE & VAN ALLEN, PLLC
                                        100 N. Tryon Street, Floor 47
                                        Charlotte, NC  28202-4003
                                        (704) 331-1024
                                        paulperalta@mvalaw.com
                                        tonyamitchell@mvalaw.com

                                        ATTORNEYS FOR PLAINTIFF
                                        PERFECT BARRIER, L.L.C., and THIRD-
                                        PARTY DEFENDANTS JOHN K.
                                        BANKS, and WILLIAM P. BANKS

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the **MOTION TO COMPEL COMPLIANCE WITH PROTECTIVE ORDER AND FOR SANCTIONS** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Eric J. Dorkin
    Steffanie N. Garrett
    Leah Wardak
    Holland & Knight LLP
    131 S. Dearborn, 30th Fl.
    Chicago, Illinois 60603
    eric.dorkin@hklaw.com
    steffanie.garrett@hklaw.com
    leah.wardak@hklaw.com

    Stefan V. Stein
    Michael J. Colitz
    Holland & Knight LLP
    100 N. Tampa Street, Suite 4100
    Tampa, FL  33602-3644
    stefan.stein@hklaw.com
    michael.colitz@hklaw.com

This the 14th day of March, 2008.

    s/ Paul J. Peralta
    Paul J. Peralta
    Tonya L. Mitchell
    MOORE & VAN ALLEN, PLLC
    100 N. Tryon Street, Floor 47
    Charlotte, NC  28202-4003
    (704) 331-1000
    paulperalta@mvalaw.com
    tonyamitchell@mvalaw.com