# EXHIBIT B

# Tonya Mitchell

| | |
|---|---|
| **From:** | stefan.stein@hklaw.com |
| **Sent:** | Wednesday, January 30, 2008 1:48 PM |
| **To:** | Paul Peralta |
| **Cc:** | Tonya Mitchell; Lynn Holder; dwilkens@digitallegal.net; shelley.franz@hklaw.com; sheila.pitts@hklaw.com |
| **Subject:** | RE: Status |
| **Attachments:** | Digital Legal Inv.PDF; w2634.PDF |

Dear Paul:

Thank you for your patience. The data has now been loaded into our Summation. By copy of this email to David Wilkens of Digital Legal, I'm asking him to burn you a DVD marked Confidential - Attorney Eyes Only including all of the emails except for the attorney-client privileged emails listed below. Of course, we reserve the right to claw-back any other privileged emails that may be inadvertently previously produced or produced herein. Please note that in this regard, we are clawing back the Ken Pollock document previously produced. See attached.

Before he burns the DVD, please let David know ASAP what data format would you prefer for whatever document management program you intend to use. Also, a copy of their invoice is attached. Please remit payment directly to Digital Legal.

The Protective Order modifications are acceptable - please proceed with filing with the court.

Steve


| | | |
|---|---|---|
| CMOR0000715 eDoc | Kristina | |
| CMOR0011531 Attachment | KM | |
| CMOR0008484 Email | stefan.stein@hklaw.com | camorando@perfectbarrier.com |
| CMOR0008492 Email | stefan.stein@hklaw.com | camorando@perfectbarrier.com |
| CMOR0011530 Email | Charles A. Morando | 'camorando@bluwood.net' |
| CMOR0011560 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0011588 Email | Kristina McPherson | 'stefan.stein@hklaw.com' |
| CMOR0011651 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0011653 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0011655 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0011657 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0011659 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0011729 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0011740 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0011909 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0011922 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0011947 Email | Charles A. Morando | 'stefan.stein@hklaw.com' |
| CMOR0012104 Email | Charles A. Morando | |
| CMOR0007011 Attachment | | |
| CMOR0019443 Attachment | | |
| CMOR0005490 Email | Kristina McPherson | jfischer@iplawfl.com |
| CMOR0007002 Email | Joe Fischer | CAMorando; kristina@perfectbarrier.com |
| CMOR0007004 Email | Joe Fischer | CAMorando; kristina@perfectbarrier.com |
| CMOR0007010 Email | Joe Fischer | CAMorando |
| CMOR0007012 Email | Joe Fischer | CAMorando |
| CMOR0007013 Email | Joe Fischer | CAMorando |
| CMOR0007014 Email | Joe Fischer | CAMorando |

2/26/2008

| | | | |
|---|---|---|---|
| CMOR0007015 | Email | Joe Fischer | camorando@perfectbarrier.com |
| CMOR0007016 | Email | Joe Fischer | Charles A. Morando |
| CMOR0007017 | Email | Joe Fischer | Charles A. Morando |
| CMOR0016642 | Email | Kristina McPherson | jfischer@iplawfl.com |
| CMOR0019414 | Email | Joe Fischer | CAMorando; kristina@perfectbarrier.com |
| CMOR0019416 | Email | Joe Fischer | CAMorando; kristina@perfectbarrier.com |
| CMOR0019442 | Email | Joe Fischer | CAMorando |
| CMOR0019444 | Email | Joe Fischer | CAMorando |
| CMOR0019445 | Email | Joe Fischer | CAMorando |
| CMOR0019446 | Email | Joe Fischer | CAMorando |
| CMOR0019447 | Email | Joe Fischer | camorando@perfectbarrier.com |
| CMOR0019448 | Email | Joe Fischer | Charles A. Morando |
| CMOR0019449 | Email | Joe Fischer | Charles A. Morando |

**From:** Paul Peralta [mailto:paulperalta@mvalaw.com]
**Sent:** Wednesday, January 30, 2008 9:55 AM
**To:** Stein, Stefan (TPA - X36578)
**Cc:** Tonya Mitchell; Lynn Holder
**Subject:** Status

Stefan,

Please advise when we can expect to receive the completed production from Woodsmart. The last word we had received was that your vendor was compiling the e-mails. We have no indication when those are to be produced. Please advise.

As well, we have not received a response from you regarding the revised protective order. We need to re-submit to the court. Let us know if we are authorized to proceed.

Thanks.

Paul

**Paul J. Peralta**

Attorney at Law

Suite 4700

100 North Tryon Street

Charlotte, NC  28202-4003

W 704 331 1024

F 704 339 5869

paulperalta@mvalaw.com

www.mvalaw.com

To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. Federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

**CONFIDENTIAL & PRIVILEGED**

2/26/2008

Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication.